To: Keith E. Hottle
Clerk of Court
Fourth Court Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Dated: Sept. 19th, 2017
FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2017 SEP 25 AM 11:58
Keith E. Hottle
KEITH E. HOTTLE, CLERK

In Re: Appellant's Reply Brief... Ct. No. 04-97-00508-CR

"Good Morning"
With the new day God has made for everyone to enjoy and wish to "thank you" for sparing a moment to read my request.
"Please" file my reply brief for the Honorable Justices.
With the very best of wishes "enjoy the day", I am,

Sincerely
Juan Roberto Rodriguez
Appellant Pro-se
Juan Roberto Rodriguez
TDCJ ID # 00570369
Jester III Unit
3 Jester Road
Richmond, Texas 77306

CC:FILE (3)

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
CT. APP's NO. 04-12-00508-CR
TRIAL CT. NO. 1990-CR-1294-W8

JUAN ROBERTO RODRIGUEZ ———————— APPELLANT PRO-SE

VS.

THE STATE OF TEXAS ———————— RESPONDENT

## APPELLANT'S REPLY BRIEF

BEFORE... THE HONORABLE COURT OF APPEALS JUSTICE'S:

APPELLANT, Juan Roberto Rodriguez, SUBMIT'S HIS REPLY BRIEF FILED PURSUANT TO TEX. R. APP. PROC. RULE'S 31, 3, 38.3, 44.4 (a) (1), (2) AND 47.1... COMBINED WITH THE OPEN COURT'S PROVISION OF THE TEXAS CONSTITUTION ARTICLE'S 1, § 13, 19 AND 29.

## REQUEST STAY OF MANDATE
## AND ORDER'S ON APPEAL

APPELLANT REQUEST'S A STAY OF MANDATE AND ORDERS ON APPEAL PURSUANT TO TEX. R. APP. PROC. 31. 3 AND 31.4... FOR THE FOLLOWING GROUND'S:

(1). AT ISSUE IS MALFEASANCE FROM 4TH CT. APP.'s JAMIE OSIO DEPUTY CLERK, EXT. 53262 ISSUED AN ORDER SEPT. 13TH 2017 THAT A DOCKETING STATEMENT HAS NOT BEEN FILED ON THE APPEAL SURPA NO. AND THE RECORD'S FAIL TO SHOW THE SAME.

APPELLANT'S RESPONSE ———— ON AUGUST 15TH 2017 APPELLANT MAILED A LETTER WITH AN EXHIBIT REF. COPY LETTER TO ASSISTANT CRIMINAL DISTRICT ATTORNEY, ALSO ATTACHED. APPELLANT'S DOCKETING STATEMENT WHICH INCLUDED; 1) EXHIBIT "A" LETTER TO DISTRICT CLERK DATED MAY 26TH 2017, WITH THREE PAGE COPY OF MEMORANDUM OF LAW IN SUPPORT OF ART. 11.07 WRIT APPLICATION INCLUDING STATE EXHIBIT'S MARKED "B" THRU "E", 2) EXHIBIT "B" ORDER FROM 227TH DIST. CT. 4 PAGES; 3) EXHIBIT "C" APPELLANT'S NOTICE OF APPEAL IN HABEAS CORPUS DATED JULY 31ST 2017; 4) APPELLANT MAILED ON AUGUST 20TH 2017 APPEAL BRIEF 4 PAGE'S, AND 5) APPELLANT MAILED ON SEPT. 20TH 2017 APPELLANT'S RESPONSE; 6) APPELLANT'S REPLY BRIEF, SEPT. 19TH, 2017.

(2). REQUEST STAY OF MANDATE... APPELLANT REQUEST'S FOR GOOD CAUSE SHOWN IS THAT APPELLANT HAS NOT BE PROVIDED A COPY OF THE APPELLATE RECORD FORWARD TO THE HONORABLE COURT OF APPEALS BY THE DISTRICT COURT OF BEXAR COUNTY, TEXAS.

(3). ISSUE OF POSTAL MATTER — 18 U.S.C. § 1703, IF THE COURT OF APPEALS CONCEDE'S APPELLANT'S MOTION'S MENTION AS

FILE

TRUE, THEN A STAMP/COPY OF EACH OF THE 6 ITEM'S LISTED AS TRUE FOR THE COURT OF APPEAL'S FORWARD SAME WITH THE APPELLATE RECORD TO APPELLANT.

## CONCLUSION

APPELLANT ALLEGE'S THE COURT OF APPEALS LETTER'S ETC... ARE ARRIVING BETWEEN 5 OR 7 DAYS LETTER REQUIRING A POSTAL INVESTIGATION INTO COURT OF APPEAL'S MAIL AND APPELLANT'S MAIL DELIVER FROM THE JESTER III UNIT MAIL ROOM. APPELLANT IS INDIGENT AND RELIES ON THE LAW LIBRARY FOR POSTAGE.

## PRAYER FOR RELIEF

REVIEW OF APPELLANT'S CHALLENGED TO THE CONSTITUTIONALITY OF A STATUTE ART. 42.01 §1 V.A.C.C.P. Id. APPELLANT'S BRIEF DATED AUGUST 20th, 2017 WITH TRIAL COURT REFERENCE WOULD PROVE THE TRIAL COURT'S REFUSAL TO ACT PREVENTS THE PROPER PRESENTATION OF A CASE TO THE COURT OF APPEALS. APPELLANT FILED HIS APPEAL TO PREVENT A MISCARRIAGE OF JUSTICE.

SIGNED AND ENTERED ON THIS 19th DAY OF SEPT, 2017.

RESPECTFULLY SUBMITTED,

_s/ Juan Roberto Rodriguez_
APPELLANT PRO-SE
JUAN ROBERTO RODRIGUEZ
TDCJ ID #00570369
JESTER III UNIT
3 JESTER ROAD
RICHMOND, TEXAS 77406

## UNSWORN DECLARATION BY AN INMATE

I, JUAN ROBERTO RODRIGUEZ, TDCJ ID #00570369, BEING CONFINED IN THE JESTER III UNIT, IN RICHMOND, TEXAS... DECLARES UNDER PENALTY OF PERJURY THAT THIS APPELLANT'S REPLY BRIEF IS TRUE AND CORRECT. EXECUTED THIS 19th DAY OF SEPT, 2017.

_s/ Juan Roberto Rodriguez_
DECLARANT

(P.2)

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2017 SEP 25  AM 11:58

Keith E. Hottle
THE FOURTH CLERK

Juan Roberto Rodriguez
78205 OCT 207 005 70369

3 East III Unit
Richard P. LeBlanc 77406

NORTH HOUSTON TX 773
21 SEP 2017 PM 7 L

C/O Keith E. Hottle
Clerk of Court
Fourth Court of Appeals
300 Dolorosa Suite 3200
San Antonio, Texas
78205-3037